IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GERALD CLAIBORNE,

        Plaintiff,                  No. 2:12-cv-1367 GGH P

    vs.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

        Defendant.            <u>ORDER</u>
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil action,[1] together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

---

[1] The action, although filed on a form applicable to habeas corpus, has nothing to do with habeas corpus as illustrated by the "NA" responses to all questions which pertain to habeas corpus filings.

request to proceed in forma pauperis.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

    2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

    3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

DATED: June 6, 2012

        /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

GGH:md
clai1367.22